Motion (46) is **GRANTED.**

[signature]

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **EVAN GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:25-CV-00725** |
| | ) | |
| **v.** | ) | **JURY DEMAND** |
| | ) | |
| **CONCENTRIX SREV DELAWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION FOR LEAVE TO WITHDRAW**

---

Pursuant to LCrR 57.02(d)(2), the undersigned, Malik J. Luckett, attorney for Defendant Concentrix SREV Delaware, Inc. ("Concentrix" or "Defendant"), moves for permission to withdraw from representation. Grounds for this motion are that Mr. Luckett's last day at FBT Gibbons LLP is September 18, 2026. Mekesha H. Montgomery of FBT Gibbons LLP will continue to serve as counsel for Defendant.

Respectfully submitted,

/s/ *Malik Luckett*
Mekesha H. Montgomery, BPR No. 25831
Malik Luckett, BPR No. 39951
FBT Gibbons LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
(615) 251-5550 (phone)
(615) 251-5551 (fax)
mmontgomery@fbtgibbons.com
mluckett@fbtgibbons.com

*Attorneys for Defendant*