Motion (44) is **GRANTED** and the Clerk shall file the Amended Reply in Support of the Motion for Summary Judgment.

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **EVAN GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:25-CV-00725** |
| | ) | |
| **v.** | ) | **JURY DEMAND** |
| | ) | |
| **CONCENTRIX SREV DELAWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Defendant Concentrix SREV Delaware, Inc. ("Defendant" or "Concentrix") respectfully moves the Court for leave to file an amended reply in support of its Motion for Summary Judgment (ECF No. 43) to correct a footnote error in its original reply brief.

On June 29, 2026, Defendant filed its Motion for Summary Judgment. (ECF No. 33). On July 27, 2026, Plaintiff filed its Response in Opposition. (ECF No. 36). Defendant filed its Reply on August 10, 2026 (ECF No. 43). After a discussion with opposing counsel, Defendant identified an issue in its Reply that requires correction: there was a discrepancy concerning the deadline for Plaintiff's response. Specifically, the original Case Management Order reflects a response deadline of July 27, 2026, and discovery order following the telephone conference with the Court does not reflect any change to that date, despite counsel for Defendant's notes suggesting otherwise. Nevertheless, to ensure that Defendant's Reply accurately reflects the record, Concentrix respectfully seeks leave to file an Amended Reply removing footnote 1.