**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **EVAN GAINES,** | ] | |
| | ] | |
| **Plaintiff,** | ] | **Case No. 3:25-CV-00725** |
| | ] | |
| **vs.** | ] | **Judge Crenshaw** |
| | ] | **Magistrate Judge Evans** |
| **CONCENTRIX SREV DELAWARE, INC.,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**JOINT MOTION TO CONTINUE TRIAL**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Defendant, Concentrix Srev. Delaware, Inc. ("Defendant" or "Concentrix") and Plaintiff Evan Gains (collectively the "Parties") by and through counsel, respectfully move this Court to continue the jury trial of this matter and stay all pre-trial deadlines. As good cause, the Parties submit the following:

1. The jury trial in this matter is currently set to begin on November 10, 2026, and the pretrial conference is set for November 2, 2026. [Docket No. 16].

2. The Parties respectfully request that the Court vacate and continue both matters based on the following, which the Parties contend constitutes good cause:

   a. Defendant filed its Motion for Summary Judgment on June 29, 2026. [Docket No. 33], Plaintiff filed his Response in Oppositon on July 27, 2026 [Docket No. 36], and Defendant filed its Reply on August 10, 2026. [Docket No. 43]. The Motion is fully briefed and remains pending.

   b. The jury trial in this matter remains set for November 10, 2026, and the Parties are required to complete substantial pretrial preparation and filings before that date, including jury instructions, witness lists, exhibit lists, stipulations, and damage briefs by October 26, 2026. [Docket No. 16].

c. The Court's ruling on the Motion for Summary Judgment will determine which claims, if any, proceed to trial, and will shape the witnesses, exhibits, motions in limine, jury instructions, and length of any trial. Continuing the trial and associated pretrial deadlines would benefit the parties and the Court by ensuring the Court has sufficient time to rule on the pending Motion for Summary Judgment before the Parties expend significant additional time and resources preparing for a trial that may prove unnecessary. This will promote the efficient administration of justice by allowing the Parties to avoid, or at least minimize, expending time and resources on claims that may not proceed to trial.

d. On September 23, 2026, the Court granted the Motion of Mr. Malik J. Luckett to withdraw as counsel for Defendant. [Docket Nos. 47].

3. Counsel for the Parties have discussed the benefits of continuing the trial and all associated pretrial deadlines and agree that doing so will reduce expense and disruption and otherwise promote efficiency in preparing for trial, if necessary.

4. Under these circumstances, good cause exists to continue the trial date.

5. This Motion is not for the purpose of delay but for efficiency and judicial economy.

WHEREFORE, the Parties respectfully request that this Court continue the trial and all pretrial deadlines to dates later determined by the Court, pending resolution of Defendant's Motion for Summary Judgment.

Respectfully submitted,


*/s/ Mekesha H. Montgomery*
Mekesha H. Montgomery, BPR No. 25831
FBT Gibbons LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
(615) 251-5550 Telephone
(615) 251-5551 Facsimile
mmontgomery@fbtgibbons.com

*Counsel for Defendant*



*/s/ G. Bandon Hall. (w/permission)*
G. Brandon Hall, BPR No. 034027
The Employment and Commerce Group
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

*Attorney for Plaintiff*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of October 2026, a true and correct copy of the foregoing document was filed electronically using the Court's CM/ECF system, and notice will be served upon the following counsel of record:

G. Brandon Hall
1625 Broadway, Suite 601
Nashville, TN 37203
bhall@eclaw.com

*Attorney for Plaintiff*

*/s/ Mekesha H. Montgomery*
Mekesha H. Montgomery

1160264.0810427 4927-4751-9960