***EVAN GAINES***

vs

***CONCENTRIX SREV DELAWARE***

Deposition of

***EVAN GAINES***

*March 06, 2026*

HARPETH
COURT REPORTERS

(615) 933-6786

www.harpethcourtreporters.com

**Pl.'s MIL No. 1, Ex. 1**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

EVAN GAINES,

Plaintiff,

vs. Case No. 3:25-CV-00725
JURY DEMAND

CONCENTRIX SREV DELAWARE,
INC.,

Defendant.

---

DEPOSITION VIA ZOOM OF

EVAN GAINES

Taken on behalf of the Defendants

Friday, March 6, 2026

9:07 a.m. to 2:35 p.m. CT

Reported by:
Harpeth Court Reporters
Franklin, Tennessee
Debbie Oates, RPR, LCR

APPEARANCES: (All attended remotely)

For the Plaintiff:

BRANDON HALL, ESQUIRE
EMPLOYMENT & COMMERCE LAW GROUP
1625 Broadway
Suite 601
Nashville, Tennessee 37203
(615) 850-0632
bhall@eclaw.com

For the Defendant:

MALIK LUCKETT, ESQUIRE
FBT GIBBONS LLP
150 3rd Avenue South
Suite 1900
Nashville, Tennessee 37201
(615) 251-5550
mluckett@fbtlaw.com

Also Present:

Jenny Rulon, Concentrix Representative

Q. All right. Have you ever made a claim or filed a suit for personal injury or any type of suit -- lawsuit, for that matter, other than this current lawsuit?
A. No, sir.
Q. Have you ever filed or made a workers' compensation claim for benefits?
A. No, sir.
Q. Have you ever been a defendant in a lawsuit?
A. A defendant. Can you please -- can you explain that to me, I'm sorry?
Q. Yes. So in a lawsuit, you have a plaintiff and a defendant. So, for example, in this matter, you're the plaintiff, Concentrix is the defendant. So, you know, defendant is usually someone trying to defend themselves from claims against the plaintiff. So with that definition, does that help you understand?
A. I understand. And, no, sir, I have not been a defendant.
Q. Have you ever been convicted of a crime?
A. Yes.
Q. Can you disclose that?
A. Yes. It was a simple possession charge.
Q. Possession of?

A. A controlled substance.
Q. And what year was that?
A. I believe it was around 2009. I believe. It might have been later actually. I can't remember the exact year.
Q. Did you have to do any probation or anything in relation to that conviction?
A. No.
Q. Did you hire an attorney for representation in that matter?
A. No, sir.
Q. And where did the conviction take place?
A. It was in Nashville, Tennessee.
Q. Have you ever been convicted of any other crimes other than the simple possession?
A. No. Do traffic tickets count into that?
Q. No.
A. Then, no.
Q. But have you had any traffic tickets, say, in the past three years?
A. I don't believe so, no.
Q. Great question by the way.
A. Just want to be clear.
Q. I think we're going to go through one more section, and then we're going to take a quick break,

REPORTER'S CERTIFICATE

I, Debbie Oates, a Licensed Court Reporter, do hereby certify that I recorded to the best of my skill and ability by machine shorthand all the proceedings in the foregoing transcript, and that said transcript is a true, accurate, and complete transcript to the best of my ability.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

SIGNED this 13th day of March, 2026.

Debbie Oates

Debbie Oates, LCR
Tennessee LCR No. 1024
Expires: 6/30/2026