## *EVAN GAINES*

vs

## *CONCENTRIX SREV DELAWARE*

Deposition of

## *EVAN GAINES*

*March 06, 2026*

HARPETH
COURT REPORTERS

(615) 933-6786

www.harpethcourtreporters.com

**Pl.'s MIL No. 2, Ex. 1**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

EVAN GAINES,

Plaintiff,

vs. Case No. 3:25-CV-00725
JURY DEMAND

CONCENTRIX SREV DELAWARE,
INC.,

Defendant.

---

DEPOSITION VIA ZOOM OF

EVAN GAINES

Taken on behalf of the Defendants

Friday, March 6, 2026

9:07 a.m. to 2:35 p.m. CT

Reported by:
Harpeth Court Reporters
Franklin, Tennessee
Debbie Oates, RPR, LCR

APPEARANCES: (All attended remotely)

For the Plaintiff:

BRANDON HALL, ESQUIRE
EMPLOYMENT & COMMERCE LAW GROUP
1625 Broadway
Suite 601
Nashville, Tennessee 37203
(615) 850-0632
bhall@eclaw.com

For the Defendant:

MALIK LUCKETT, ESQUIRE
FBT GIBBONS LLP
150 3rd Avenue South
Suite 1900
Nashville, Tennessee 37201
(615) 251-5550
mluckett@fbtlaw.com

Also Present:

Jenny Rulon, Concentrix Representative

**Q. Who's your general practitioner?**
A. Currently, I do not have one, but previously it was Dr. Batson.
**Q. And when you say "previously," how long ago was he your general practitioner?**
A. I haven't seen him in quite some time.
**Q. Do you remember why you went to Dr. Batson for the first time?**
A. It was -- I wanted to get a general checkup. I was -- one, a general checkup, and then I was having some pain in my side.
**Q. When you say pain, what do you mean by that?**
A. I couldn't really explain it. It was just something I was feeling, and so I went in and asked if he could check it out.
**Q. And did he diagnose you with anything in relation to that pain?**
A. No.
**Q. Bear with me here, Evan. Give me one second. All right, Evan. Do you recall helping your attorney prepare discovery responses?**
A. Yes.
**Q. And you verified that all was true and accurate to the best of your knowledge, correct?**
A. Yes. There was an area in there that talked

MR. LUCKETT: I mean, who are you telling. Who are you telling.
Evan, let me know when you have the document pulled up.
THE WITNESS: I have it.
BY MR. LUCKETT:
**Q. All right. So if you can, scroll down to your answer to Interrogatory Number 3. It's about medical and/or mental health care providers and facilities. And let me know when you get there.**
A. I am there.
**Q. Okay. So part of this answer you indicated that you visited, obviously, Dr. Batson, like you just mentioned, but you also indicated that you visited Dr. Seth Christman or Christman?**
A. Yes.
**Q. And it says you saw doctor -- is it Christman or Christman, Evan?**
A. I've always said Christman.
**Q. Okay. So you indicated that you went to Dr. Christman nine times between November 9, 2023, and January 26, 2024, all for the diagnosis and treatment of Bipolar II, panic disorder with agoraphobia/anxious symptoms, and OCD, correct?**
A. Yes.

**Q. Can you explain to me what those -- what prompted those visits first?**

A. Sure. It was -- to be honest with you, I didn't know what was going on. I didn't know how to categorize it. I didn't know. I'm not a medical professional, and so I didn't know. And so through talking with him through those therapy sessions, that's what he found out.

**Q. When you say you didn't know, you're saying you didn't know what prompted you to go to the doctor?**

A. Oh. The anxiety, the symptoms of OCD, the symptoms of bipolar. But again, you know, I'm not a medical professional, so I wasn't able to say that about myself, but all of those general feelings led me to want to go talk to a professional.

**Q. And what symptoms were you experiencing?**

A. Sure. With the anxiety, you know, general sense of anxiety. The physical symptoms that came along with the anxiety would have been profusely sweating, sick to my stomach, throwing up, lack of sleep, things like that, and -- and then -- yeah. It was the -- the physical symptoms led me to believe that there was something bigger going on.

**Q. And then kind of in that same answer, Evan, it says you visited Dr. Corey Batson at 403 Long**

**Hollow Pike, Suite 201 in Goodlettsville where you saw Dr. Batson four times between August 26, 2022, and December 9 of 2022. And on August 26 of 2022, you saw Dr. Batson due to acute abdominal pain and concerns about anxiety, depression, and untreated bipolar disorder?**
A. Yes.
**Q. And I guess before we go on to the rest of that answer, can you explain -- I guess you mentioned earlier you just had a pain, in regard to the abdominal pain. But can you explain what prompted or what symptoms you had regarding the anxiety, depression, and untreated bipolar disorder in that August 26, 2022, visit?**
A. Yes. So, in addition to the abdominal pain, it was the same symptoms I was talking about before, so that would have been lack of sleep, lack of focus, physically being sick to my stomach, sweating, panic attacks, crippling panic attacks, where it made life very hard to deal with. And, you know, on a day-to-day basis, you know, having that fluctuation of emotions and feelings is what I was feeling at the time. And, again, I needed that professional opinion and that professional help.
**Q. And to the extent you need to take a break**

confused.
**Q. So the Florida trip was in September and leave started November 16th, correct?**
A. Yes.
**Q. Okay. And then another follow-up question, Evan. During your return from leave meeting with Brendan and whatever other HR representative was present, you stated that he referenced you being on a break and that it was condescending, correct?**
A. Yes.
**Q. Did you report -- did you report that to People Solutions?**
A. I didn't officially report it. I don't know if it came up in casual conversation or not, but I didn't make a formal official complaint about it, no.
**Q. And you said you may have talked to someone about it, though? Is that what I heard?**
A. Potentially. I don't remember if I actually verbalized that with them. Again, if it was, it would have been in casual conversation and not an official complaint.
**Q. And another follow-up question on Basil, the employee you mentioned earlier regarding the PSP that you were responsible for managing. Were you aware if Basil had any disability or medical condition?**

before and what happened, so the professional embarrassment. It's affected -- it's affected my current employment, in how I perceive myself in that situation.

It's -- you know, the loss of sleep, loss of appetite. It's affected my personal relationships. It's affected my professional relationships. You mentioned that embarrassment. It's -- you know, I worked a long time and over a decade building this career and when it was -- when it was taken away, it doesn't mean that my professional relationships were taken away at the same time. Those are still people that I have professional relationships with that was damaged.

And then, you know, the physical side of things as well. You know, the emotional stress and pain, you know, exacerbated itself into actual physical ailments.

**Q. Before we talk about that, Evan, let's go back a little bit. When did those feelings of emotional pain first start?**

A. You know, it's the -- the way in which all of it was handled, and the termination and me losing over a decade career that I had built. I had -- you know, I had anxiety, and I had all of my symptoms

leading up to it. But then when that happened and the way that it happened, it just exacerbated every single one of those.

The sleep -- loss of sleep was more severe, my social anxiety was more severe, my personal relationships immediately started, you know, deteriorating. The financial stress of not having an income anymore, not having insurance was very worrisome to me.

You know, mental health -- getting mental help is difficult, and then when you don't have insurance and don't have those benefits and don't have the security of a paycheck coming in and a secure job is when, you know, a lot of those really, really got worse than what they were before. And -- so, yeah.

**Q. How long did those feelings last after they started?**

A. I'm still feeling them to this day.

**Q. How do you feel them today?**

A. All the same. Loss of sleep, social anxiety, work anxiety, professional anxiety. That professional embarrassment, it's still with me every day. And I have a new job now, and I still wake up in cold sweats thinking about what happened to me.

And given the context of my medical

REPORTER'S CERTIFICATE

I, Debbie Oates, a Licensed Court Reporter, do hereby certify that I recorded to the best of my skill and ability by machine shorthand all the proceedings in the foregoing transcript, and that said transcript is a true, accurate, and complete transcript to the best of my ability.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

SIGNED this 13th day of March, 2026.

Debbie Oates

Debbie Oates, LCR
Tennessee LCR No. 1024
Expires: 6/30/2026