IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EVAN GAINES, | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-00725 |
| VS. | ) | |
| | ) | Judge Crenshaw |
| CONCENTRIX SREV DELAWARE, INC., | ) | |
| Defendant. | ) | |
| | X | |

---

30(b)(6) DEPOSITION OF

CONCENTRIX SREV DELAWARE, INC.

(Through Jamie Hickey)

TAKEN ON JUNE 22ND, 2026

---

Prepared by:
Nathan Briggs, Certified Electronic Reporter
TN License No. 1187
Briggs & Associates
P.O. BOX 290512
Nashville, Tennessee 37229
nbriggs1509@yahoo.com

# APPEARANCES:

FOR THE PLAINTIFF:

BRANDON HALL, ESQUIRE
EMPLOYMENT AND COMMERCE LAW GROUP
1625 Broadway, Suite 601
Nashville, Tennessee  37203
615-850-0632
bhall@claw.com

FOR THE DEFENSE:

MALIK LUCKETT, ESQUIRE
FBT GIBBONS, LLP.
150 3rd Avenue, Suite #1900
Nashville, Tennessee  37201
615-743-6721
mluckett@fbtlaw.com

JENNIFER RULON, ESQUIRE
Senior Director, Employment and Litigation Counsel,
Concentrix
201 East 4th Strett
Cincinnati, OH 45202
(317)420-9552

Plaintiff was allegedly failing to meet?
A. Yes, Brendan -- sorry. Mr. O'Shaughnessy and I did have conversations around the metrics, how the team was tracking, how Brendan was tracking, and the gaps in Mr. Gaines' performance.
Q. Right, I understand what Mr. O'Shaughnessy said. But did he actually provide you with copies of the metrics, targets, and goals?
A. Those metrics are kept in a platform called Salesforce, which People Solutions does not have access to. However, during the administration of the plan and the check-ins, Mr. O'Shaughnessy did provide me with screenshots of the reporting from the tool itself, yes.
Q. And did you fully understand what those screenshots meant?
A. Yes. I spoke with Brendan -- or Mr. O'Shaughnessy on the screenshots that he had provided to me in the reporting.
Q. I understand you spoke to him. Did you understand the metrics, and targets, and goals that he sent you a screenshot of?
A. From a holistic, high-level view? Yes. From a detail in the weeds? I can't attest to that.
Q. So if I understand correctly, they -- Mr. O'Shaughnessy's team, they actually use Salesloft,

Salesforce, I think it's slash, sfdc, and then 6Sense. Is that correct?

A. Yes, those were some of the tools that the team utilized.

Q. And did you ever get reports from anyone about the Salesloft system not being accurate?

A. No, the only individual to comment that there was inaccuracies was Mr. Gaines. To my knowledge, no one else had ever commented that the numbers were inaccurate.

Q. Okay. Did you look into his claim that the Salesloft system was inaccurate?

A. Yes. When Mr. Gaines had stated he felt that the numbers in Salesforce were inaccurate, I did connect with Mr. O'Shaughnessy to understand what may be driving that and if that was indeed a true statement. However, those numbers are automated per my understanding. They're not inputted by anyone, you know, directly. There's no data input, they're automated and automatically generated, so there is no issue. And again, we've never received any other complaints regarding inaccuracy of numbers.

MR. HALL: Okay. We've been going for about an hour and a half. Why don't we take a quick five- to ten-minute break, I need to refill my water.

MS. HICKEY: Okay, sounds good.

MR BRIGGS: All right. It's 2:19, we are off

Solutions role.

Q. Okay. And so what I'm asking is, did you look into any of the concerns that Mr. O'Shaughnessy was asserting, or did you just take Mr. O'Shaughnessy at his word?

A. As I stated earlier, I did meet with Mr. O'Shaughnessy, in which he showed me documents and reporting from Salesforce, in which there was poor performance. His team was not meeting quotas, or KPIs, or metrics, yes.

Q. Okay. So did People Solutions, did they look into whether the performance criticisms were accurate and consistently applied?

A. Mr. Gaines' role was very KPI based. It was -- it was based on a lot of data, again, automatic data that was fed into Salesforce. There was also sentiment from his team that he, as I said earlier, was not helping him -- helping them be successful, assigned a lot of busy work that they felt wasn't related to the role. There was issues with Mr. Gaines' understanding of the reporting within Salesforce as well. There was a number of issues, but like I said, a lot of Mr. Gaines' role is KPI based, which is captured within the Salesforce system.

Q. Okay. Did I understand you correctly, that there were concerns that Mr. Gaines didn't understand the

CERTIFICATE

I, NATHAN D. BRIGGS, Licensed Court Reporter within and for the State of Tennessee, do hereby certify that the above deposition was reported by me and that the foregoing pages of the transcript is a true and accurate record to the best of my knowledge, skills, and ability.

I do further certify that I am neither kin, counsel, nor interest to any party hereto.

IN WITNESS WHEREOF, I have here unto affixed my hand this 3rd day of July, 2026.



______________________

NATHAN BRIGGS
CERTIFIED ELECTRONIC REPORTER
TENNESSEE LICENSE NO. 1187
Briggs & Associates
P.O. BOX 290512
Nashville, TN 37229
615-561-9785
nbriggs1509@yahoo.com



Case 3:25-cv-00725 Document 54-1 Filed 10/19/26 Page 6 of 6 PageID #: 1421