**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **EVAN GAINES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CONCENTRIX SREV DELAWARE, INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:25-CV-00725**<br><br>**JURY DEMAND** |

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Concentrix SREV Delaware, Inc. ("Defendant" or "Concentrix") hereby makes the following initial disclosures. These disclosures are based upon Concentrix's current understanding of the issues in the case and the information currently available to Concentrix. Concentrix reserves the right to supplement these disclosures pursuant to Fed. R. Civ. P. 26(e).

### A. INDIVIDUALS WHO ARE LIKELY TO HAVE DISCOVERABLE INFORMATION:

1. **Brendan O'Shaughnessy**
Vice President, Global Marketing
c/o Concentrix's undersigned counsel

   Mr. O'Shaughnessy is likely to have information concerning Plaintiff's employment with Concentrix, including Plaintiff's gaps in his performance and Plaintiff's separation from Concentrix.

2. **Jamie Hickey**
Associate Director, Global People Solutions
c/o Concentrix's undersigned counsel

Ms. Hickey is likely to have information concerning Plaintiff's employment with Concentrix, including Plaintiff's voluntary disclosure of an alleged medical condition, the administration of Plaintiff's PSP, and Plaintiff's separation from Concentrix.

4. **Evan Gaines**
Plaintiff

Mr. Gaines has discoverable information as to all aspects of his claim.

5. **Any individual listed by Plaintiff in his initial disclosures made under Rule 26(a)(1).**

Concentrix reserves the right to supplement or revise this list as names become available during discovery.

**B. COPIES OF DOCUMENTS IN CONCENTRIX'S POSSESSION, CUSTODY, OR CONTROL THAT MAY SUPPORT ITS CLAIMS OR DEFENSES:**

| **Category** | **Location** |
|---|---|
| 1. Personnel documents regarding Plaintiff's employment with and separation from Concentrix, including Plaintiff's annual performance reviews and performance success plan.. | Concentrix's possession |
| 2. Documents regarding Concentrix's personnel policies. | Concentrix's possession |

Concentrix reserves the right to supplement this list as discovery progresses and reserves the right to object to the use or admissibility of any such information and documents.

**C. COMPUTATION OF DAMAGES CLAIMED BY DISCLOSING PARTY:**

At this time, Concentrix is not seeking any damages in this matter.

**D. INSURANCE AGREEMENTS:**

None.

Dated: October 6, 2025

Respectfully submitted,

/s/ *Mekesha H. Montgomery*

Mekesha H. Montgomery, BPR No. 25831
Malik Luckett, BPR No. 39951
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
(615) 251-5550 (phone)
(615) 251-5551 (fax)
mmontgomery@fbtlaw.com
mluckett@fbtlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

Pursuant to LR 5.01, I hereby certify that on the 6th day of October 2025, I served all counsel of record, as designated below, with the foregoing via email:

G. Brandon Hall
Zachary W. Brown
1625 Broadway, Suite 601
Nashville, TN 37203
bhall@eclaw.com
zach@eclaw.com

*Attorneys for Plaintiff*

*/s/ Mekesha H. Montgomery*
Mekesha H. Montgomery

1160264.0810427 4914-9599-0895v1