**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **EVAN GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cv-00725** |
| | ) | |
| **CONCENTRIX SREV DELAWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons in the accompanying Memorandum Opinion, Concentrix's motion for summary judgment (Doc. No. 33) is **GRANTED** and the case is **DISMISSED**. The Joint Motion to Continue Trial (Doc. No. 50), and all other motions are **DENIED AS MOOT**. This is a final order. The clerk shall close this file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE