**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| EVAN GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:25-cv-00725 |
| v. | ) | |
| | ) | Judge Waverly D. Crenshaw, Jr. |
| CONCENTRIX SREV DELAWARE, INC., | ) | |
| | ) | Magistrate Judge Luke A. Evans |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Evan Gaines appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion (Doc. No. 53) granting Defendant's Motion for Summary Judgment (Doc. No. 33) and Order Dismissing Case entered in this action on October 19, 2026 (Doc. No. 55).

Respectfully submitted,

**THE EMPLOYMENT & COMMERCE LAW GROUP**

*/s/ G. BRANDON HALL*
G. BRANDON HALL, BPR No. 034027
1625 Broadway, Suite 601
Nashville, Tennessee 37203
(615) 850-0632
bhall@eclaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF filing system this 18th day of November, 2026 to the following:

Mekesha H. Montgomery, BPR No. 25831
FBT Gibbons LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
mmontgomery@fbtgibbons.com

*/s/ G. Brandon Hall*_____________
G. Brandon Hall